IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-02123-JLK**

**SAMUEL EDUARDO SILVA**,

      Plaintiffs,

v.

**ALBERTO GONZALES, Attorney General of the United States,**
**MICHAEL CHERTOFF, Secretary for the Department of Homeland Security,**
**EMILIO T. GONZALEZ, Director for Citizenship and Immigration Service,**
**MARIO ORTIZ, District Director for the Denver Citizenship and Immigration Service District, and**
**ROBERT S. MUELLER, III, Director Federal Bureau of Investigations,**

      Defendants.

---

## ORDER OF DISMISSAL

Kane, J.

      The Motion to Dismiss by Stipulation of the Parties (doc. #5), filed November 29, 2006, is **GRANTED**.  It is

      **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

      Dated this 30th day of November, 2006.

                  BY THE COURT:

                  *S/John L. Kane*
                  JOHN L. KANE, SENIOR JUDGE
                  UNITED STATES DISTRICT COURT